UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jonathan Britt,

                Plaintiff(s),

v.                                  Case No. 2:18−cv−10999−TGB−RSW
                                         Hon. Terrence G. Berg

REV−1 Solutions, LLC,

                Defendant(s).

_____

## CLERK'S ENTRY OF DEFAULT

Party in Default:  REV−1 Solutions, LLC

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: <u>s/ B Garant</u>
                                              Deputy Clerk

Dated:  August 16, 2018